** SECTION 362 INFORMATION SHEET **

Michael Pwa  
DEBTOR NV362#

Chapter 13  
Case No.: 09-25569-bam

U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-10  
MOVANT  
PROPERTY INVOLVED IN THIS MOTION: 10604 Haileville Dr., Las Vegas NV 89129  
NOTICE SERVED ON: Debtor(s)  X   ; Debtor(s) Counsel  X   ; Trustee  
DATE OF SERVICE:

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS: | The EXTENT and PRIORITY of LIENS: |
| 1st U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust, 2005-10 PLS $389,470.22 | 1st  $389,470.00 |
| | 2nd _____ |
| Total Encumbrances: $389,470.22 | Total Encumbrances: $ |
| APPRAISAL or OPINION as to VALUE: "Per attached Schedule "A" $199,172.00 | APPRAISAL or OPINION as to VALUE: $199,172.00 |
| **TERMS OF MOVANT'S CONTRACT WITH THE DEBTOR** | **OFFER OF "ADEQUATE PROTECTION" FOR MOVANT:** |
| Amount of Note: $9,080.00 Interest Rate: 8.0% Duration: 30 Year Payment Per Month: $2,690.62 Date of Default: January 1, 2009 Amount of Arrearages: 2 Monthly Payments at $2,690.62  $5,381.24 ... 2 Late Charges ... $238.22 ... $50.00 ... $750.00 Total $6,539.36 | Make April 1 timely Pay arrears over 6 months start 4/20/10 |
| SPECIAL CIRCUMSTANCES: I, Gregory L. Wilde, hereby certify that an attempt has been made to confer with debtor(s) counsel, or with debtor(s) and that more than two (2) business days have expired, and that after sincere effort to do so, counsel has been unable to resolve this matter without court action. | SPECIAL CIRCUMSTANCES: |
| SUBMITTED BY: | SUBMITTED BY: N. Newark |
| SIGNATURE: | SIGNATURE: |

NEWARK & NEWARK LAW FIRM
RICHARD C. NEWARK, ESQ.
Nevada Bar #002763
NARRAH F. NEWARK, ESQ.
Nevada Bar #008201
201 Las Vegas Blvd, S., #350
Las Vegas, NV 89101
(702) 888-2525
Fax: (702) 888-2526
E-mail: BK@nnbklaw.com
Attorneys for Debtor(s)

E-Filed on March 3, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                                              ) Chapter 13
                                                                    ) Case No. 09-25569-bam
**MICHAEL M. PWA**                                                  )
                                                                    )
                                                                    )
                          Debtor(s).                                ) DATE:  3/23/2010
                                                                    ) TIME:  1:30 p.m.

### OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, the Debtor, MIChAEL M. PWA, by and through his attorneys, NARRAH F. NEWARK of NEWARK & NEWARK LAW FIRM, and respectfully requests this Court to deny the MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed by U. S. BANK NATIONAL ASSOCIATION, by and through its attorneys, GREGORY L. WILDE of WILDE & ASSOCIATES and TIFFANY & BOSCO.

### POINTS AND AUTHORITIES

11 USC Section 362 (d) (1) states that the Court may terminate, modify or condition stay

> "for cause, including the lack of adequate protection of an interest in property of such party in interest;---"

11 USC Section 362 (d) (2) the Court may terminate, modify or condition a stay

> "with respect to a stay of an act against property under subsection (a) of this section, if-
>
> (A)    the debtor does not have an equity in such property AND
>
> (B)    such property is not necessary to an effective reorganization

## STATEMENT OF FACTS

Debtor's property has liens of approximately $389,470.22 for the property located at 10604 Haileville Dr., Las Vegas, NV 89129, and the home is necessary for an effective reorganization. Debtor believes that he may have minimal equity in the property.

11 USC Section 362 (d) (1) may apply as:

1. Debtor acknowledges that if he is late on the post petition mortgage payments, he will need some time to acquire the necessary funds to cure all post-petition arrearages.

2. Debtor's intention is to stay current on future post-petition mortgage payments.

THEREFORE, Debtor requests that the motion filed be denied under 11 USC Section (d) (1) or (2), and that any action on creditor's behalf be stayed for an adequate amount of time to allow Debtor to become current on the post petition mortgage arrearages, if necessary, and/or to Stipulate to an Order Re Adequate Protection.

Respectfully submitted:

NEWARK & NEWARK

By: /s/ NARRAH F. NEWARK
NARRAH F. NEWARK, ESQ.
NB#008201
Attorney for Debtor(s)

2

## CERTIFICATE OF MAILING OF OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

I hereby certify that on __March 3, 2010__, I faxed and mailed a true and correct copy by facsimile and by first class mail, postage prepaid, to the below named the OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY:

US Bank
c/o Greg Wilde, Esq.
Wilde & Associates
208 S. Jones
Las Vegas, NV 89107
**VIA FACSIMILE & ECF**

Kathleen Leavitt, Trustee
201 Las Vegas Blvd., S., #200
Las Vegas, NV 89101
**VIA ECF**

Michael M. Pwa
10604 Haileville Dr.
Las Vegas, NV 89129

　　　　　　　　　　　　/s/ Betsy L. Smith
　　　　　　　　　　　　An employee of NEWARK & NEWARK LAW FIRM