Entered on Docket
April 21, 2010

_____
Hon. Bruce A. Markell
, United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-10
10-70550

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-25569-bam |
|---|---|
| Michael M. Pwa | Date: 3/23/2010<br>Time: 1:30 pm |
| | Chapter 13 |
| Debtor | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-10, its assignees and/or successors in interest, of the subject property, generally described as 10604 Haileville Dr., Las Vegas, NV 89129, and legally described as follows:

> Lot 3 in Block 1 of Concordia at Lone Mountain West Unit 1, as shown by map thereof on file in Book 99 of Plats, Page 57 in the Office of the County Recorder of Clark County, Nevada.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

**WILDE & ASSOCIATES**

By: _/s/ K. Sdlost #10235_
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Narrah F. Newark
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Kathleen A Leavitt
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
　　　_____ The court waived the requirements of LR 9021.
　　　_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
　　　_____ No parties appeared or filed written objections, and the trustee is the movant.
　　　__x__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
　　_____ approved the form of this order　　　_____ disapproved the form of this order
　　_____ waived the right to review the order and/or　__x__ failed to respond to the document
　　_____ appeared at the hearing, waived the right to review the order
　　_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
　　_____ approved the form of this order　　　_____ disapproved the form of this order
　　_____ waived the right to review the order and/or　__x__ failed to respond to the document

__x__ A written opposition to the motion was filed by debtor's counsel, Narrah Newark, Esq., but but subsequently withdrawn.

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
　　_____ approved the form of this order　　　_____ disapproved the form of this order
　　_____ waived the right to review the order and/or　_____ failed to respond to the document
　　_____ appeared at the hearing, waived the right to review the order
　　_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
　　_____ approved the form of this order　　　_____ disapproved the form of this order
　　_____ waived the right to review the order and/or　_____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor