POLK, PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.094-4171

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA (LAS VEGAS)

In re                                                    Bk. No. 09-11241-mkn

LEON MCKITTRICK,                                         Chapter 11
            Debtor.
                                                        REQUEST FOR SPECIAL NOTICE
_____/

        IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Countrywide Home Loans Servicing, LP., its assignees and/or successors in interest, is entitled to service or notice, also be sent to the agent for Countrywide Home Loans Servicing, LP its assignees and/or successors in interest, addressed as follows:

                        POLK, PROBER & RAPHAEL, A LAW CORPORATION
                        20750 Ventura Boulevard, Suite 100
                        Woodland Hills, California 91364

Dated: March

                        By /s/ Dean R. Prober_____
                            Dean R. Prober, Esquire, #106207

1

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Tamika Webster, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On March 16, 2009, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Leon McKittrick
1904 Cindysue Street, #A
Las Vegas, NV 89106
Debtor

Thomas E. Crowe, Esquire
7381 W. Charleston Boulevard, #110
Las Vegas, NV 89117
Attorney for Debtor

U.S. Trustee
300 Las Vegas Boulevard S, Suite 4300
Las Vegas, NV 89101

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  March 16, 2009, at Woodland Hills, California.


<u>/s/ Tamika Webster</u>
Tamika Webster

2