1  PITE DUNCAN, LLP                                    E-Filed on 3/19/09
   STEVEN W. PITE (NV Bar #008226)
2  EDDIE R. JIMENEZ (NV Bar #10376)
   EDDIE R. JIMENEZ (NV Bar #10376)
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (702) 413-9692
5  Facsimile: (619) 590-1385
   E-mail:  ecfnvb@piteduncan.com

6
   ABRAMS & TANKO, LLLP
7  MICHELLE L. ABRAMS (NV Bar #005565)
   3085 S. Jones Blvd., Suite C
8  Las Vegas, NV 89146

9  Attorneys for  AURORA LOAN SERVICES LLC, as servicing agent for FIRST HORIZON
                 HOME LOAN CORPORATION, its successors and/or assigns

10                  UNITED STATES BANKRUPTCY COURT

11                        DISTRICT OF NEVADA

12  | In re | Bankruptcy Case No. BK-S-09-11241-mkn |
13  | LEON MCKITTRICK, | Chapter 11 |
14  | Debtor(s). | AURORA LOAN SERVICES LLC'S REQUEST FOR SPECIAL NOTICE AND |
15  | | SERVICE OF PAPERS AND RESERVATION OF RIGHTS |
16

17      TO:      UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR/DEBTORS AND ALL

18              INTERESTED PARTIES

19          PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for Aurora Loan

20  Services LLC, its successors and/or assigns, hereby requests special notice of all events relevant to

21  the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the

22  above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy

23  Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests

24  for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of

25  all matters which must be noticed to creditors, creditors committees and parties-in-interest and other

26  notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the

27  above-referenced bankruptcy court.

28  /././

PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Eddie R. Jimenez
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a.     Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b.     Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

c.     Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d.     Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: March 19, 2009                    /s/ Eddie R. Jimenez
                                         4375 Jutland Drive, Suite 200
                                         P.O. Box 17933
                                         San Diego, CA 92177-0933
                                         (702) 413-9692
                                         NV Bar #10376
                                         Attorney for Movant